**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000670**
**01-JUN-2026**
**07:53 AM**
**Dkt. 40 ODSD**

NO. CAAP-25-0000670

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

A.S. nka A.J., Plaintiff-Appellant,
v.
B.S., Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV211007519)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction was due, without extension, on or before November 6, 2025, and the opening brief was due on a second extension on February 11, 2026;

(2) Plaintiff-Appellant A.S. failed to file either document, or request an extension of time for the statement of jurisdiction or a further extension of time for the opening brief;

(3) On February 17, 2026, the appellate clerk entered a default notice informing A.S. that the time for filing the

statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on February 27, 2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and A.S. could request relief from default by motion; and

(4) A.S. has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 1, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge